# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JULIE PATTIE, | ) | Case No. 1:14-CV-00628-PAG |
| | ) | |
| Plaintiff, | ) | Judge Patricia A. Gaughan |
| | ) | Magistrate Judge Baughman |
| v. | ) | |
| | ) | |
| COACH, INC. | ) | **MOTION TO LEAVE TO FILE PLEADINGS** |
| | ) | **AND DOCUMENTS UNDER SEAL** |
| Defendant. | ) | |

Defendant Coach, Inc. ("Coach") by and through counsel, respectfully moves this Court to file certain pleadings and documents under seal. The Parties entered into a stipulated Protective Order on September 15, 2014. Pursuant to that Order, certain documents, materials and testimony could be designated as "confidential" such that the distribution and use of such documents and materials would be restricted. Coach has designated certain testimony in the form of a deposition transcript as confidential pursuant to the September 15, 2014 Order. That deposition transcript will be filed today along with Coach's Motion for Summary Judgment and a previous affidavit. Certain confidential testimony is contained in, or is referred to, in the Motion for Summary Judgment. Accordingly, Coach seeks leave from this Court to file its Motion for Summary Judgment and appended exhibits along with the deposition transcript under seal.

      Respectfully submitted,

      /s/ Matthew C. O'Connell
      MATTHEW C. O'CONNELL (0029043)
      BRIAN E. ROOF (0071451)
      THERESA M. BRATTON (0086633)
      Sutter O'Connell Co.
      1301 East 9th Street
      3600 Erieview Tower
      Cleveland, OH 44114
      (216) 928-2200 phone
      (216) 928-4400 facsimile
      moconnell@sutter-law.com
      broof@sutter-law.com
      tbratton@sutter-law.com
      Counsel for Defendant Coach, Inc.

## **CERTIFICATE OF SERVICE**

        Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Matthew C. O'Connell
MATTHEW C. O'CONNELL (0029043)
