UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JULIE PATTIE<br><br>    Plaintiff,<br><br>vs.<br><br>COACH, INC.<br><br>    Defendant. | CASE NO. 1:14-cv-628<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

GRANTED.
/s/ Patricia A. Gaughan
1/15/15

Now comes Plaintiff, by and through undersigned counsel, and hereby respectfully requests leave to file Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment under seal. The brief contains reference to material designated as confidential by Coach under the stipulated Protective Order dated September 15, 2014. Accordingly, Plaintiff seeks leave from this Court to file its Brief in Opposition and appended exhibits under seal.

Respectfully submitted,

*/s/ Nicole T. Fiorelli*
Patrick J. Perotti (0005481)
Nicole T. Fiorelli (0079204)
Frank A. Bartela (0088128)
Dworken & Bernstein Co., L.P.A.
60 South Park Place
Painesville, OH 44077
(440) 352-3391
Email:   pperotti@dworkenlaw.com
         nfiorelli@dworkenlaw.com
         fbartela@dworkenlaw.com

*Attorney for Plaintiff Julie Pattie*

1